# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ARROYO,<br><br>        Plaintiff,<br><br>   v.<br><br>D. ADAMS, et al.,<br><br>        Defendants. | Case No. 1:11-cv-01186 AWI DLB PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br>(Document 37)<br><br>ORDER REQUIRING DEFENDANTS TO OPPOSE MOTIONS TO COMPEL |

Plaintiff Rene Arroyo ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Pursuant to the September 10, 2012, Discovery and Scheduling Order, the dispositive motion deadline was July 22, 2013.

On July 19, 2013, Defendants filed a motion to extend the dispositive motion deadline by twenty-one days.

The Court also notes that Plaintiff filed numerous motions to compel in March (ECF Nos. 30, 32, 33, 35 and 36). Defendants did not oppose the motions.

Modification of the pretrial scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992)). "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to

1  modify should not be granted." Id.

2      Based on Counsel's declaration, Defendants' motion to extend the dispositive motion
3  deadline is GRANTED. Hammond Decl. ¶¶ 2-4.

4      The Court will EXTEND the dispositive motion deadline to September 15, 2013. A longer
5  extension is necessary to allow the Court to rule on the pending motions to compel.

6      Defendants are FURTHER ORDERED to file oppositions to Plaintiff's motions to compel
7  within twenty-one days of the date of service of this order.

8
9  IT IS SO ORDERED.

10   Dated: **July 22, 2013**         /s/ *Dennis L. Beck*
11                                          UNITED STATES MAGISTRATE JUDGE