# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ARROYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01186-AWI-DLB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT MATTHEWS' ANSWER<br><br>(ECF No. 31) |

Plaintiff Rene Arroyo ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff is proceeding on his original complaint, filed, July 19, 2011. On April 30, 2012, the Court issued an order directing the U.S. Marshal to serve the complaint on defendants D. Adams, D. Leon, D. Matthews, R. Hubach, R. Schneider, and T. Carter by October 1, 2012. (ECF No. 11.) On March 4, 2013, Plaintiff filed a motion to strike Defendant Matthews' answer for failure to file a responsive pleading within the proscribed time pursuant to Federal Rule of Civil Procedure 12. (ECF No. 31.)

Federal Rule of Civil Procedure 12 requires that unless another time is specified, a defendant serve a responsive pleading as follows:

> **(i)** within 21 days after being served with the summons and complaint; or
> **(ii)** if it has timely waived service under Rule 4(d), within 60 days after the request for a waiver was sent. . .

///

1

1   Here, the executed waiver of service shows that the summons and complaint was initially
2   mailed on June 7, 2012, as Plaintiff points out in his motion. (ECF No. 27 at 2.) However, the
3   actual date of service was January 2, 2013. *Id.* On January 30, 2013, Defendant Matthews
4   returned the waiver of service of summons, which in turn allowed him sixty (60) sixty days to file
5   a responsive pleading from the January 2, 2013 date of service. Fed. R. Civ. P. 12(1)(A)(ii);
6   (ECF No. 27.) On February 5, 2013, Defendant Matthews filed an answer. (ECF No. 28.) As
7   such, the Court finds that Defendant Matthews timely filed a responsive pleading.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to strike Defendant Matthews' answer is DENIED.

IT IS SO ORDERED.

Dated: __November 13, 2013__        /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

2