# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ARROYO,<br><br>        Plaintiff,<br><br>vs.<br><br>D. ADAMS et al.,<br><br>        Defendants. | 1:11-cv-01186-AWI-DLB (PC)<br><br>ORDER VACATING STAY<br>[ECF No. 56]<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION |

    Plaintiff Rene Arroyo ("Plaintiff") is a former prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff is proceeding on his original complaint, filed, July 19, 2011.

    Pursuant to the Court's March 5, 2012, order, this action is proceeding on the following cognizable claims: (1) violation of the Fourth Amendment against Defendant Adams; (2) violation of the Fourteenth Amendment against Defendant Adams; (3) violation of the Eighth Amendment base on the use of excessive force against Defendants Schneider, Carter, Matthews and Leon; (4) violation of the Eighth Amendment based on conditions of confinement against Defendants Hubach, Matthews and Leon; (5) violation of the right to privacy under the California Constitution against Defendant Adams; (6) unreasonable search in violation of Article I, Section 13 of the California Constitution against Defendant Adams; and (7) use of excessive

1

force in violation of Article I, Section 17 of the California Constitution against Defendants Schneider, Carter, Matthews and Leon.

On September 20, 2013, Defendants filed a motion for summary judgment. Plaintiff did not file an opposition.

On September 30, 2013, Plaintiff filed a motion for stay of summary judgment proceedings. On January 10, 2014, the Court issued an order staying proceedings on Defendants' motion for summary judgment pending resolution of discovery matters. It appears that discovery disputes have now been resolved. Therefore, the stay of proceedings on Defendants' motion for summary judgment is VACATED. Plaintiff is advised that he must file an opposition to the motion for summary judgment within twenty-one (21) days from the date of service of this order, or the Court will consider the motion unopposed. In the event Plaintiff files an opposition, Defendants may file a reply within seven (7) days.

IT IS SO ORDERED.

Dated:   **October 29, 2014**                         /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE

2